**Leonard M. MACHULAS, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2009–3133.

United States Court of Appeals, Federal Circuit.

April 23, 2009.

Leonard M. Machulas, Bloomingdale, GA, pro se.

ON MOTION

*ORDER*

Leonard M. Machulas moves for reconsideration of the court's April 9, 2009 order dismissing his petition for review for failure to submit a Fed. Cir. R. 15(c) statement concerning discrimination.

Machulas has now submitted the Rule 15(c) form.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, the mandate is recalled, and the petition for review is reinstated.

(2) The Department of the Air Force should calculate the due date for its brief from the date of filing of this order.

**Joyce E. KWARTLER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3117.

United States Court of Appeals, Federal Circuit.

April 24, 2009.

Joyce E. Kwartler, Chester, NY, pro se.

*ORDER*

Petitioner having paid the required docketing fee and filed the Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 25, 2009 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before May 15, 2009.